# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00366-CV

**C. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 23-3194, THE HONORABLE JESSICA DEVANEY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant C.G. has filed an emergency motion to abate this appeal and remand the cause to the district court to allow for the withdrawal of current counsel and the appointment of substitute counsel. In the motion, current counsel represents that he "cannot proceed due to very recent and major health developments" and describes those developments.

We grant the motion, abate the appeal, and remand the case to the district court for further proceedings consistent with this opinion. A supplemental clerk's record containing a copy of the order appointing substitute counsel shall be forwarded to this Court no later than August 4, 2025. Substitute counsel's brief will be due twenty days after the date of appointment.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: July 24, 2025